1  Irving L. Berg
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, CA 94925
3  (415) 924-0742
   Facsimile (415) 891-8208
4  irvberg@comcast.net

5  Attorney for Plaintiff

6

          UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO V. LINARES, | Case No. 3:13 cv-02668 EDL |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** AND ORDER |
| v. | |
| CAVALRY PORTFOLIO SERVICES, LLC | **Original Date**:   September 10, 2013 |
| | **Continued Date**:   November 5, 2013 |
| Defendant. | |
| _____/ | |

   TO THE HONORABLE MAGISTRATE JUDGE:

   The parties in the this case have agreed to settle the action with prejudice as to the Plaintiff and without prejudice as the Putative Class.  The Plaintiff will file dismissal of the action within ninety (90) days during which the settlement will be concluded.

   A Case Management Conference is set for September 10, 2013.  Plaintiff asks that the Case Management Conference be continued to November 5, 2013, at 10:00 am, so as to allow conclusion of the Settlement Agreement and file a dismissal of the action.

Dated:  September 4, 2013                          /s/
                                              Irving L. Berg
                                              Attorney for Plaintiff
                                              Pedro Linares

                    [PROPOSED]  ORDER

   GOOD CAUSE APPEARING, the Case Management Conference set for September 10,

Pedro Linares v Cavalry Portfolio Services, LLC    1        Case No. 3:13 cv 2668 EDL

1  2013 is continued to November 5, 2013 at ~~11:00~~ 10:00 am.

2

3  Dated: September 5, 2013                          *Elijah D. Laporte*
                                                     Magistrate Judge
                                                     United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pedro Linares v Cavalry Portfolio Services, LLC        2            Case No .3:13 cv-02668 EDL